FRANKLIN J. LOVE, BAR #80334
125 S. Citrus Ave.
Suite 101
Covina, California 91723
(626)653-0455

Attorney for Assignee of Record
CREATIVE RECOVERY CONCEPTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.   ) CASE No. CV 00-08771 RMT(SHx)
                                )
            Plaintiff           )
                                ) RENEWAL OF DEFAULT JUDGMENT
                                )
vs.                             )
                                )
PEDRO HARO LLAMAS, individually )
and d/b/a ALEJANDRA'S BAR a/k/a )
TINO'S BAR      Defendant       )
_____)

Based upon the application for renewal of judgment and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and good cause appearing, therefore:

The judgment against defendant PEDRO HARO LLAMAS individually and d/b/a/ ALEJANDRA'S BAR a/k/a TINO'S BAR entered on May 24, 2001 is hereby renewed in the amounts set forth below:

```
Renewal of money judgment
   a. Total judgment          $6,800.00
   b. Costs after judgment    $    0.00
   c. Attorney Fees           $    0.00
   d. Subtotal                $6,800.00
```

Renewal of Default Judgment
Case No. CV 00-08771 RMT (SHx)

```
e. Credits after Judgment        $    0.00
f. Subtotal                      $6,800.00
g. Interest after Judgment       $1,665.59
h. Fee for filing renewal        $    0.00
i. TOTAL RENEWED JUDGMENT        $8,465.59
```

DATED: 3/22/11                    CLERK, Lori Muraoka
                                  by Deputy

Renewal of Default Judgment
Case No. CV 00-08771 RMT (SHx)